

FILED

2012 DEC -5  PM 2: 56

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>     Plaintiff,<br><br> vs.<br><br>EMILIA GARCIA, et al.,<br><br>     Defendants. | CASE NO. CV 12-08834 UA (DUTYx)<br><br>ORDER SUMMARILY REMANDING<br>IMPROPERLY-REMOVED ACTION |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On October 15, 2012, Defendant, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in the first place, in that the complaint does not competently allege facts supplying either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a);

1   see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563, 125 S.Ct. 2611, 162

2   L.Ed.2d 502 (2005).  Defendant's notice of removal only asserts that "removal is proper

3   based on federal question." (Notice at 2-3).   However, the underlying unlawful detainer

4   action does not raise any federal legal question.

5

6       Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior

7   Court of California, Los Angeles County, Downey Courthouse, 7500 East Imperial

8   Highway, Downey, CA 90242, for lack of subject matter jurisdiction pursuant to 28 U.S.C.

9   § 1447(c); (2) that the Clerk send a certified copy of this Order to the state court; and (3)

10  that the Clerk serve copies of this Order on the parties.

11

12       IT IS SO ORDERED.

13  DATED:  11/27/12

14

15  GEORGE H. KING
    CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28